1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SAUNDERS DELANEY,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, and DOES 1 through 100 inclusive,<br><br>  Defendants. | Case No. 2:17-cv-02260-MCE-AC<br>*Assigned to Hon. Morrison C. England, Jr.; Referred to Magistrate Judge Allison Claire*<br><br>**ORDER GRANTING FIRST STIPULATION TO EXTEND DEFENDANT CAPITAL ONE, N.A.'S TIME TO RESPOND TO COMPLAINT**<br><br>Initial Resp. Date:  November 20, 2017<br>New Resp. Date:    December 20, 2017<br><br>Complaint Filed:    October 27, 2017<br>Trial:              TBD |

1 | The Court, having reviewed the stipulation of plaintiff Saunders Delaney ("Plaintiff") and defendant Capital One, N.A. ("Capital One") to extend the time for Capital One to respond to Plaintiff's Complaint, and good cause having been shown, hereby GRANTS the parties' request. Capital One is ordered to file a responsive pleading to Plaintiff's Complaint on or before December 20, 2017.

IT IS SO ORDERED.

Dated: November 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE