UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUNDERS DELANEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>    Defendants. | No. 2:17-cv-02260-MCE-AC<br><br>**ORDER** |

Plaintiff initiated this action on October 26, 2017, and Defendant filed its Answer on December 20, 2017. No dispositive motions were filed, and, pursuant to the Court's scheduling order, the parties were thus required to file a Joint Notice of Trial Readiness with the Court. They failed to timely do so, prompting the Court to issue the following Order to Show Cause ("OSC") on June 17, 2019:

> Pursuant to the Court's scheduling order(s), the parties were directed to file a Joint Notice of Trial Readiness ("JNTR") after this Court resolved any dispositive motions (or after the parties filed a notice that no such motion would be submitted). No JNTR has been filed. Accordingly, not later than ten (10) days following the date of this Order, the parties are directed to file a JNTR. Failure to timely comply with this Order will result in the imposition of sanctions, up to and including terminating sanctions, upon no further notice to the parties.

ECF No. 9. Plaintiff failed to respond to that OSC as well.

1

Accordingly, this action is hereby DISMISSED with prejudice for failure to comply with the applicable rules and orders of this Court. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE